# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 23-50098

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**

December 27, 2023

Lyle W. Cayce
Clerk

DOH Oil Company; Craig A. Johnson,

*Plaintiffs—Appellants*,

*versus*

Aaron Kahle; Steve Kerrigan; Stephen Yerkovich; Ridgefield Permian Minerals, L.L.C.; Barbara Sue O'Neil, *Individually and as Co-Trustee of* the O'Neil Family Mineral Trust; Richard K. O'Neil, *Individually and as Co-Trustee of* the O'Neil Family Mineral Trust; C. Megan Brenner; Robert Pike; David Pike; Jim Hall; Donna Larson; Albert Benjamin Ramsey; Victor Green; Laura Holmes Peters; Dawn Enright Gee,

*Defendants—Appellees*.

―――――――――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CV-58

―――――――――――――――――――――――――

Before Clement, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:*

―――――――――――――――――

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50098

This civil case arises under the Racketeer Influenced and Corrupt Organizations Act. The district court entered summary judgment for defendants. Plaintiffs timely appealed. We have carefully considered the appeal in light of the briefs, oral argument, opinion of the district court, and pertinent portions of the record.  Having done so, we find no reversible error of fact or law.

AFFIRMED. *See* 5TH CIR. R. 47.6.